UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 19-12509-RGS

JOHN GUIMOND

v.

GERALD J STEEVES, as Personal
Representative of the Estate of John R. Steeves

DEFAULT JUDGMENT

February 11, 2022

STEARNS, J

    Defendant GERALD J STEEVES, as Personal Representative of the Estate of John R Steeves, having failed to plead or otherwise defend in this action and its default having been entered, upon application of plaintiff John Guimond, along with affidavits and reports demonstrating that defendant owes him the sum of $2,529,000.00, that defendant is not an infant or incompetent person or in the military services of the United States, and that plaintiff has incurred costs in the sum of $4,096.79.

    It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant GERALD J STEEVES, as Personal Representative of the Estate of John R Steeves the principal amount of $2,529,000.00 with costs in the amount of $4,096.79 and prejudgment interest at the rate of 6% from December 12, 2019, to date in the amount of $298,188.00 for a **total judgment of $2,831,284.79**, with interest as provided by law.

                                      By the Court,

                                      /s/ Timothy Maynard
                                      Deputy Clerk

NOTE: The post judgment interest rate effective this date is .80%